# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CR 12-1152 & CR 12-1153 | Date   December 13, 2012 |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

Interpreter   None

| S. Anthony | CS 12/13/12 | V. Chou |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anna Marie Aldaco | X | X | X | Yasmin Cader, DFPD | | X | X |

**Proceedings:**   ORDER RE TRANSPORTATION BY U. S. MARSHAL

The Court hereby ORDERS the United States Marshal Service to transport Anna Marie Aldaco to Paso Robles. 510 Almond Drive, Paso Robles, CA 93446.

:   11

Initials of Deputy Clerk   sa

cc:  U.S. Marshal Service